IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BUTLER NATIONAL CORP. and<br>C3 CAPITAL, LLC, | : <br> : <br> : | CIVIL ACTION NO.<br>1:12-CV-177 |
| Plaintiffs, | : <br> : | |
| vs. | : <br> : | JUDGE SUSAN J. DLOTT<br>(Magistrate Karen L. Litkovitz) |
| THE UNION CENTRAL LIFE<br>INSURANCE CO., | : <br> : <br> : | |
| Defendant. | : | |

*Granted.*
*6/4/2012*
*Karen L. Litkovitz*
*U.S. Magistrate Judge*

**STIPULATION AND MOTION FOR A 60 DAY EXTENSION**

Pursuant to Local Rule 6.1(a) and (b), Plaintiffs, Butler National Corp. ("Butler") and C3 Capital, LLC ("C3 Capital") (collectively, "Plaintiffs") and Defendant, The Union Central Life Insurance Co. ("Union Central" and "Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The deadline for Defendant to answer or otherwise plead in response to Plaintiffs' Complaint currently is June 4, 2012.

2. Plaintiffs and Defendant have agreed to extend the time for Defendant to respond to the Complaint for a period of sixty (60) days until August 3, 2012 so that the parties can review and exchange certain information and determine whether it is possible, at this time, to amicably resolve this dispute. This extension exceeds the 21-day extension provided by Local Rule 6.1(a) and therefore the parties move pursuant to Local Rule 1.6(b).

3. By submission of this Stipulation, Plaintiffs and Defendant respectfully request that the Court approve this Stipulation and extend the time for Defendant to answer or otherwise plead in response to the Complaint until August 3, 2012.

12891440.1