IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BUTLER NATIONAL CORP. and<br>C3 CAPITAL, LLC, | : | CIVIL ACTION NO.<br>1:12-CV-177 |
| Plaintiffs, | : | |
| vs. | : | JUDGE SUSAN J. DLOTT<br>(Magistrate Karen L. Litkovitz) |
| THE UNION CENTRAL LIFE<br>INSURANCE CO., | : | |
| Defendant. | : | |

**JOINT MOTION FOR A 60 DAY EXTENSION**

Pursuant to Local Rule 6.1(a) and (b), Plaintiffs, Butler National Corp. ("Butler") and C3 Capital, LLC ("C3 Capital") (collectively, "Plaintiffs") and Defendant, The Union Central Life Insurance Co. ("Union Central" and "Defendant"), by and through their undersigned counsel, hereby jointly move as follows:

1. The deadline for Defendant to answer or otherwise plead in response to Plaintiffs' Complaint currently is August 3, 2012.

2. Plaintiffs and Defendant previously agreed to extend the time for Defendant to respond to the Complaint for a period of sixty (60) days until August 3, 2012 so that the parties could review and exchange certain information and determine whether it is possible, at this time, to amicably resolve this dispute. The Court approved that extension on June 4, 2012.

3. The parties have subsequently exchanged and discussed information in their effort to determine whether this dispute can be resolved at this time, but additional discussions will be necessary to make that determination.

2. Accordingly, Plaintiffs and Defendant have agreed to extend the time for

12970445.112891440.1

Defendant to respond to the Complaint for an additional period of sixty (60) days until October 2, 2012 so that the parties can continue their discussions. This extension exceeds the 21-day extension provided by Local Rule 6.1(a) and therefore the parties move pursuant to Local Rule 1.6(b).

3. By submission of this joint motion, Plaintiffs and Defendant respectfully request that the Court approve this Motion and extend the time for Defendant to answer or otherwise move with respect to the Complaint until October 2, 2012.

Respectfully submitted,

/s/ Jeffrey S. Goldenberg
Jeffrey S. Goldenberg
Goldenberg Schneider LPA
One West Fourth Street, 18th Floor
Cincinnati, Ohio 45202
Telephone: (513) 345-8291
Facsimile: (513) 345-8294
Email: jgoldenberg@gs-legal.com

John M. Edgar
John F. Edgar
EDGAR LAW FIRM LLC
1032 Pennsylvania Ave.
Kansas City, Missouri 64105
Telephone: (816) 531-0033
Facsimile: (816) 531-3322
Email: jme@edgarlawfirm.com
      jfe@edgardlawfirm.com

James E. Miller
Laurie Rubinow
Karen M. Leser
Shepherd Finkelman Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
Email: jmiller@sfmslaw.com
    lrubinow@sfmslaw.com

/s/ Ralph W. Kohnen
Ralph W. Kohnen (0034418)
Beth A. Bryan (0082076)
Taft Stettinius & Hollister LLP
425 Walnut St., Suite 1800
Cincinnati, Ohio 45202
Telephone: (513) 381-2838
Facsimile: (513) 381-0205
Email: kohnen@taftlaw.com
      bryan@taftlaw.com

Steuart H. Thomsen
W. Mark Smith
Wilson G. Barmeyer
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., NW
Washington, DC 20004-2415
Telephone: (202)383-0100
Facsimile: (202) 637-3593
Email: steuart.thomsen@sutherland.com
      mark.smith@sutherland.com
      wilson.barmeyer@sutherland.com

Attorneys for Defendant

kleser@sfmslaw.com

Ronald S. Kravitz
Liner Grode Stein Yankelevitz Sunshine
Regenstreif & Taylor LLP
199 Fremont St., 20th Fl.
San Francisco, CA 94105
Telephone: (415) 489-7700
Facsimile: (415) 489-7701
Email: rkravitz@linerlaw.com

Attorneys for Plaintiffs

## ORDER

The Court, having reviewed the parties' foregoing Joint Motion, hereby approves the Joint Motion and extends the time for Defendant to answer or otherwise plead in response to the Complaint until October 2, 2012.

**IT IS SO ORDERED**.

*Karen L. Litkovitz*
Magistrate Karen L. Litkovitz

## CERTIFICATE OF SERVICE

    I certify that, on July 31, 2012, I electronically filed the foregoing Joint Motion using the CM/ECF System which will send notification of such filing to counsel of record.

/s/ Ralph W. Kohnen
Ralph W. Kohnen (0034418)
