IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BUTLER NATIONAL CORP. and<br>C3 CAPITAL, LLC, | : | CIVIL ACTION NO.<br>1:12-CV-177 |
| Plaintiffs, | : | |
| vs. | : | JUDGE SUSAN J. DLOTT |
| | : | (Magistrate Judge Karen L. Litkovitz) |
| THE UNION CENTRAL LIFE<br>INSURANCE CO., | : | |
| Defendant. | : | |

## ORDER

The Court, having reviewed the parties' foregoing Joint Motion, hereby approves the Joint Motion and stays all deadlines in this case pending the proposed settlement. If the parties have not filed a motion seeking preliminary approval of the settlement on or before March 7, 2014, the parties will submit a joint status report to the Court reporting on progress towards that end.

**IT IS SO ORDERED**.

_Karen L. Litkovitz_
United States District Court

-1-

13940633.1